# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Karen Redmond,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-0441-CV-W-JTM |
| **Carolyn W. Colvin,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## **O R D E R**

On Wednesday, May 15, 2013, the Court heard oral argument on the *Plaintiff's Brief,* filed October 10, 2012, [Doc. 13] and the *Brief of Defendant*, filed January 7, 2013, [Doc. 17]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on May 15, 2013. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

                                               */s/ John T. Maughmer*
                                              **JOHN T. MAUGHMER**
                                            **U. S. MAGISTRATE JUDGE**