IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Karen Redmond,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 12-0441-CV-W-JTM** |
| ) | |
| **Carolyn W. Colvin,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is plaintiff's *Motion For Award of Attorney's Fees Pursuant To The Equal Access To Justice Act*, *or Alternatively, Pursuant to 42 U.S.C. §406(b),* filed June 5, 2013 [Doc. 21]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award of Attorney's Fees Pursuant To The Equal Access To Justice Act*, *or Alternatively, Pursuant to 42 U.S.C. §406(b),* filed June 5, 2013 [Doc. 21] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $7,500.00.

                                                     */s/ John T. Maughmer*
                                                     **John T. Maughmer**
                                           **United States Magistrate Judge**